# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132801

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE ESTATE OF CECIL C. WARREN, JR.,
Deceased.

_____

CINDY WARREN,
      Petitioner-Appellant,

v

JEFFREY J. WARREN, SUSAN WARREN and
SUSAN VALDISERRI, Personal Representative
of the Estate of CECIL C. WARREN, JR.,
Deceased,
      Respondents-Appellees.

SC: 132801
COA: 262937
Saginaw PC: 04-116725-DE

_____/

      On order of the Court, the application for leave to appeal the November 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_____
Clerk

s0319